**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PAVEL GRACHEV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00962-CKK |
| | ) | |
| MARCO RUBIO, Secretary of State, in his official capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION TO CLARIFY**

Defendants respectfully present this Motion to Clarify the Court's May 20, 2026 Minute Order ("the Order"), which granted the Parties' Joint Motion for Scheduling Order, ECF No. 5. Defendants conferred with Plaintiff, who does not oppose this motion.

In the Order, the Court entered a schedule for production of the administrative record, the filing of any amended complaint, and the filing of a joint status report proposing a schedule for further proceedings. These components of the Order matched the Parties' Joint Motion. *See* ECF No. 5. The Court also ordered Defendants to "file a certified list of the contents of the administrative record on or before June 8, 2026," and invoked Local Civil Rule 7(n). Rule 7(n) states, however, that "the agency must file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first." But Defendants will not be filing a dispositive motion by June 8, 2026, and Plaintiff has waived any obligation for Defendants to file an answer to the Complaint. *See* ECF No. 4 at 2–3. Therefore, under Rule 7(n),

Defendants would not ordinarily be required to file the certified list until they file a dispositive motion at some point after June 8.

Defendants are prepared to file a certified list of the contents of the administrative record by June 8 if needed. To ensure that Defendants do not inadvertently run afoul of the Court's Order, however, Defendants respectfully ask for clarification as to whether the Court intended Defendants to file the certified list earlier than required by Rule 7(n).

Dated:  May 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
(202) 305-8613
kevin.k.bell@usdoj.gov

*Counsel for Defendant*

2